Dismissed and Opinion Filed November 28, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00424-CV

## PAUL LA ROCCA, JR., Appellant

## V.

## GLOBAL CARE DELIVERY, INC., Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-7133

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Moseley

By letter dated July 23, 2012, the Court notified appellant that the Dallas County District Clerk had informed us appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, written verification that he had paid for the clerk's record or was entitled to proceed without payment of costs. We warned appellant that failure to provide the required documentation would result in dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). To date, appellant has not provided the required verification regarding payment and we have not received the clerk's record.

We dismiss the appeal for want of prosecution.


_____
JIM MOSELEY
JUSTICE


120424F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PAUL LA ROCCA JR., Appellant

No. 05-12-00424-CV      V.

GLOBAL CARE DELIVERY, INC.,
Appellee

Appeal from the 134th Judicial District
Court of Dallas County, Texas (Trial Court
No. DC-11-7133).
Opinion delivered by Justice Moseley,
Justices Francis and Lang participating.

     Based on the Court's opinion of this date, we **DISMISS** the appeal for want of prosecution. We **ORDER** that appellee Global Care Delivery, Inc. recover its costs of the appeal, if any, from appellant Paul La Rocca, Jr.


Judgment entered November 28, 2012.


_____

JIM MOSELEY
JUSTICE